Anthony N. DeMaria, # 177894
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
MCSWAIN UNION ELEMENTARY SCHOOL
DISTRICT; TERRIE ROHRER; C.W. SMITH, and
MARTHA HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.A., a minor (by and through next friend), ANNA AMADOR,<br><br>    Plaintiff,<br><br>v.<br><br>MCSWAIN UNION ELEMENTARY SCHOOL DISTRICT; TERRIE ROHRER, Principal of McSwain Elementary School, individually and in her official capacity; C.W. SMITH, Assistant Principal of McSwain Elementary, individually and in his official capacity, and MARTHA HERNANDEZ, Office Clerk for McSwain Elementary School, Individually and in her official capacity,<br><br>    Defendants. | Case No.  1:08-CV-01986-OWW-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE DATES REGARDING DEFENDANTS' NON-RETAINED EXPERT WITNESSES** |

Plaintiff T.A., by and through her attorney of record William J. Becker, Jr. of the Becker Law Firm, and Defendants MCSWAIN UNION ELEMENTARY SCHOOL DISTRICT; TERRIE ROHRER; C.W. SMITH, and MARTHA HERNANDEZ (hereinafter "Defendants," collectively), by and through their counsel of record Anthony N. DeMaria of McCormick, Barstow, Sheppard, Wayte and Carruth LLP, agree and stipulate as follows,

1. WHEREAS, a Final Pre-Trial Conference is presently scheduled for July 26, 2010, at 11:00 a.m. in Courtroom 3 of the above-captioned Court, with the Joint Pre-Trial

78046/00057-1588580.v1

1     Conference Statement due on or before July 19, 2010;

2. WHEREAS, the Court has yet to rule on the parties' Motions for Summary Judgment, previously submitted and argued before this Court on June 22, 2010, and the ruling on these motions will greatly affect and dictate the contents of the Joint Pre-Trial Conference Statement;

3. WHEREAS, counsel for Plaintiff T.A. is presently out of state on an emergency matter attending to, and caring for, his ailing mother in Phoenix, Arizona, and the date of counsel's return is presently unclear;

4. WHEREAS, based on the foregoing, and in the interest of judicial economy and fairness, good cause exists to continue the date of the Final Pre-Trial Conference.

5.     IT IS THEREFORE STIPULATED AND AGREED by and between and among the parties, and their attorneys of record, that the Final Pre-Trial Conference, currently set for July 26, 2010, at a 11:00 a.m. in Department 3 of this Court, and all dates associated therewith, be continued to August 2, 2010, at 11:00 a.m. in Department 3 of this Court.

6.     IS SO STIPULATED.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

78046/00057-1588580.v1

2

STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE DATES
1:08-CV-01986-OWW-DLB

| | | |
|---|---|---|
| 1 | Dated: July 13, 20020 | THE BECKER LAW FIRM |

By:  /s/ William Becker, Jr.
William J. Becker, Jr., Esq.,
Attorneys for Plaintiff
T.A., a minor, by and through next best friend, ANNA AMADOR

Dated: July 13, 2010           McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:  /s/ Anthony DeMaria
Anthony N. DeMaria
Attorneys for Defendants
MCSWAIN UNION ELEMENTARY SCHOOL DISTRICT; TERRIE ROHRER; C.W. SMITH, and MARTHA HERNANDEZ

IT IS SO ORDERED.

Dated:  **July 16, 2010**              **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE