Anthony N. DeMaria, # 177894　　　　　　　　　(SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:　　(559) 433-1300
Facsimile:　　(559) 433-2300

Attorneys for Defendants
MCSWAIN UNION ELEMENTARY SCHOOL
DISTRICT; TERRIE ROHRER; C.W. SMITH, and
MARTHA HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.A., a minor (by and through next friend), ANNA AMADOR,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MCSWAIN UNION ELEMENTARY SCHOOL DISTRICT; TERRIE ROHRER, Principal of McSwain Elementary School, individually and in her official capacity; C.W. SMITH, Assistant Principal of McSwain Elementary, individually and in his official capacity, and MARTHA HERNANDEZ, Office Clerk for McSwain Elementary School, Individually and in her official capacity,<br><br>　　　　　　Defendants. | Case No.  1:08-CV-01986-OWW-DLB<br><br>**ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT** |

　　　　This matter came on for hearing on June 22, 2010, on the duly noticed Motion for Summary Judgment, Or in the Alternative, Motion for Partial Summary Judgment filed by Defendants MCSWAIN UNION ELEMENTARY SCHOOL DISTRICT; TERRIE ROHRER; C.W. SMITH, and MARTHA HERNANDEZ ("Defendants").  Attorneys Anthony N. DeMaria and Marisa L. Balch of McCormick, Barstow, Sheppard, Wayte & Carruth LLP appeared on behalf of Defendants and argued in support of the Motion.  Attorney William J. Becker, Jr. of The Becker Law Firm appeared on behalf of Plaintiff and argued in opposition to the Motion.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT  1:08-CV-01986-OWW-DLB

The court has read the papers submitted in support and in opposition of the motion, and considered the arguments of counsel and the authorities cited to the court.

The court has concluded that Defendants' request for summary judgment on Plaintiff's Fourth Claim for Relief for Due Process- Fourteenth Amendment (42 U.S.C. § 1983) is appropriate, and should be granted, on the grounds that, given the school context, Defendants' dress code policy does not violate substantive due process.  Additionally, the court has concluded that Defendants' request for summary judgment on Plaintiff's Second Claim for Relief for Unreasonable Seizure-Fourth Amendment (42 U.S.C. § 1983), as to the unreasonable seizure of Plaintiff's property (the t-shirt), is appropriate and should be granted as to all Defendants.  The Court has further concluded that Defendants' request for summary judgment on Plaintiff's Second Claim for Relief for Unreasonable Seizure – Fourth Amendment (42 U.S.C. §1983) as to the alleged seizure of Plaintiff's person is appropriate and should be granted, as to all Defendants except Defendant MARTHA HERNANDEZ, on the grounds that an issue of fact remains with regard to only Defendant MARTHA HERNANDEZ's alleged grabbing of Plaintiff.  All other requests for summary judgment are denied at this time on the grounds that material issues of fact remain in connection with Plaintiff's First Claim for Relief for Freedom of Speech- First Amendment and Plaintiff's Third Claim for Relief for Equal Protection- Fourteenth Amendment (42 U.S.C. § 1983).  Therefore,

IT IS HEREBY ORDER THAT:

1. Defendants' request for summary judgment on Plaintiff's First Claim for Relief for Freedom of Speech- First Amendment  (42 U.S.C. § 1983) is DENIED;
2. Defendants' request for summary judgment on Plaintiff's Third Claim for Relief for Equal Protection- Fourteenth Amendment (42 U.S.C. § 1983) is DENIED;
3. Defendants' request for summary judgment on Plaintiff's Second Claim for Relief for Unreasonable Seizure-Fourth Amendment (42 U.S.C. § 1983), as to the unreasonable seizure of Plaintiff's property (the t-shirt), is GRANTED as to all Defendants; and Defendants' request for summary judgment on Plaintiff's Second

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2

ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT   1:08-CV-01986-OWW-DLB

Claim for Relief for Unreasonable Seizure – Fourth Amendment (42 U.S.C. §1983), as to the alleged seizure of Plaintiff's person, is GRANTED as to all Defendants except Defendant MARTHA HERNANDEZ; and

4. Defendants' request for summary judgment on Plaintiff's Fourth Claim for Relief for Due Process- Fourteenth Amendment (42 U.S.C. § 1983) is GRANTED.

IT IS SO ORDERED.

Dated:   **July 22, 2010**                              **/s/ Oliver W. Wanger**
                                                                          UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT   1:08-CV-01986-OWW-DLB