Anthony N. DeMaria, # 177894
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
MCSWAIN UNION ELEMENTARY SCHOOL
DISTRICT; TERRIE ROHRER; C.W. SMITH, and
MARTHA HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.A., a minor (by and through next friend), ANNA AMADOR,<br><br>          Plaintiff,<br><br>v.<br><br>MCSWAIN UNION ELEMENTARY SCHOOL DISTRICT; TERRIE ROHRER, Principal of McSwain Elementary School, individually and in her official capacity; C.W. SMITH, Assistant Principal of McSwain Elementary, individually and in his official capacity, and MARTHA HERNANDEZ, Office Clerk for McSwain Elementary School, Individually and in her official capacity,<br><br>          Defendants. | Case No.  1:08-CV-01986-OWW-DLB<br><br>**ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

This matter came on for hearing on June 22, 2010, on the duly noticed Motion for Summary Judgment filed by Plaintiff T.A., a minor (by and through next friend), ANNA AMADOR ("Plaintiff").  Attorney William J. Becker, Jr. of The Becker Law Firm appeared on behalf of Plaintiff and argued in support of the Motion.  Attorneys Anthony N. DeMaria and Marisa L. Balch of McCormick, Barstow, Sheppard, Wayte & Carruth LLP appeared on behalf of Defendants MCSWAIN UNION ELEMENTARY SCHOOL DISTRICT; TERRIE ROHRER; C.W. SMITH, and MARTHA HERNANDEZ ("Defendants")and argued in opposition of the

78046/00057-1590870.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

Motion.  The court has read the papers submitted in support and in opposition of the motion, and considered the arguments of counsel and the authorities cited to the court.

The court has concluded that Plaintiff's requests for summary judgment on her First Claim for Relief for Freedom of Speech- First Amendment and her Third Claim for Relief for Equal Protection- Fourteenth Amendment (42 U.S.C. § 1983) are inappropriate, as issues of fact remain in connection therewith.  The court has further concluded that Plaintiff's request for summary judgment on her Fourth Claim for Relief for Due Process- Fourteenth Amendment (42 U.S.C. § 1983) is inappropriate on the grounds that, given the school context, Defendants' dress code policy does not violate due process.  Additionally, the court has concluded that Plaintiff is not entitled permanent injunction against Defendants as Plaintiff is no longer a student at MCSWAIN UNION ELEMENTARY SCHOOL DISTRICT, and therefore her claims for injunctive relief against MCSWAIN UNION ELEMENTARY SCHOOL DISTRICT are now moot.  Finally, the court has concluded that Plaintiff is not entitled to summary judgment on the issue of qualified immunity as failing to provide authority to support her contention and a factual dispute remain in connection therewith.  Therefore,

IT IS HEREBY ORDER THAT:

1. Plaintiff's request for summary judgment on her First Claim for Relief for Freedom of Speech- First Amendment (42 U.S.C. § 1983) is DENIED;
2. Plaintiff's request for summary judgment on her Third Claim for Relief for Equal Protection- Fourteenth Amendment (42 U.S.C. § 1983) is DENIED;
3. Plaintiff's request for summary judgment on her Fourth Claim for Relief for Due Process- Fourteenth Amendment (42 U.S.C. § 1983) is DENIED;
4. Plaintiff's request for summary judgment on the issue of qualified immunity is DENIED;
5. Plaintiff's request for summary judgment on her claims for injunctive relief is DENIED; and
6. Plaintiff's claims for injunctive relief are now moot.

2

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
1:08-CV-01986-OWW-DLB

IT IS SO ORDERED.

Dated:   **July 22, 2010**                         **/s/ Oliver W. Wanger**
                                                                 UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
1:08-CV-01986-OWW-DLB