Anthony N. DeMaria, # 177894
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
MCSWAIN UNION ELEMENTARY SCHOOL
DISTRICT; TERRIE ROHRER; C.W. SMITH, and
MARTHA HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.A., a minor (by and through next friend), ANNA AMADOR,<br><br>Plaintiff,<br><br>v.<br><br>MCSWAIN UNION ELEMENTARY SCHOOL DISTRICT; TERRIE ROHRER, Principal of McSwain Elementary School, individually and in her official capacity; C.W. SMITH, Assistant Principal of McSwain Elementary, individually and in his official capacity, and MARTHA HERNANDEZ, Office Clerk for McSwain Elementary School, Individually and in her official capacity,<br><br>Defendants. | Case No.  1:08-CV-01986-OWW-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE DATES** |

Plaintiff T.A., by and through her attorney of record William J. Becker, Jr. of the Becker Law Firm, and Defendants MCSWAIN UNION ELEMENTARY SCHOOL DISTRICT; TERRIE ROHRER; C.W. SMITH, and MARTHA HERNANDEZ (hereinafter "Defendants," collectively), by and through their counsel of record Anthony N. DeMaria of McCormick, Barstow, Sheppard, Wayte and Carruth LLP, agree and stipulate as follows,

1. WHEREAS, a Final Pre-Trial Conference is presently scheduled for August 2, 2010, at 11:00 a.m. in Courtroom 3 of the above-captioned Court, with the Joint Pre-Trial

78046/00057-1593659.v1

1    Conference Statement due on or before July 26, 2010;

2. WHEREAS, the mother of counsel for Plaintiff T.A. has recently passed away, and counsel for Plaintiff remains out of state on this emergency matter;

3. WHEREAS, counsel for Plaintiff will not be returning to California until Sunday, July 25, 2010, and as a sole practitioner, will be unable to meet and confer on this matter until following this date;

4. WHEREAS, based on the foregoing, and in the interest of judicial economy and fairness, good cause exists to continue the date of the Final Pre-Trial Conference, and all dates associated therewith;

5. IT IS THEREFORE STIPULATED AND AGREED by, between and among the parties, and their attorneys of record, that the Final Pre-Trial Conference, currently set for August 2, 2010, at a 11:00 a.m. in Department 3 of this Court, and all dates associated therewith, be continued to August 3, 2010, at 12:00 p.m. in Department 3 of this Court.  The trial date remains unchanged.

IT IS SO STIPULATED.

78046/00057-1593659.v1                    2

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE DATES
1:08-CV-01986-OWW-DLB

| | |
|---|---|
| Dated: July 23, 20020 | THE BECKER LAW FIRM |
| | |
| | By: /s/ William Becker, Jr. |
| | William J. Becker, Jr., Esq., |
| | Attorneys for Plaintiff |
| | T.A., a minor, by and through next best friend, ANNA AMADOR |
| Dated: July 23, 2010 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | |
| | By: /s/ Marisa Balch (for Anthony DeMaria) |
| | Anthony N. DeMaria |
| | Attorneys for Defendants |
| | MCSWAIN UNION ELEMENTARY SCHOOL DISTRICT; TERRIE ROHRER; C.W. SMITH, and MARTHA HERNANDEZ |

IT IS SO ORDERED.

Dated:  **July 23, 2010**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

78046/00057-1593659.v1

3

STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE DATES
1:08-CV-01986-OWW-DLB

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501