UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
T.A.a minor,
(by and through next friend
Anna Amador),

            Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:08-cv-01986 OWW


MCSWAIN UNION ELEMENTARY SCHOOL
DISTRICT, TERRIE ROHRER, C.W. SMITH,
and MARTHA HERNANDEZ,

            Defendant.
_____/
```

        Pursuant to Federal Rule of Civil Procedure Section 68, judgment is entered in this action in favor of Plaintiff T.A. a minor (by and through next friend) ANNA AMADOR, and against Defendants MCSWAIN UNION ELEMENTARY SCHOOL DISTRICT, TERRIE ROHRER, C.W. SMITH, and MARTHA HERNANDEZ in the total amount of $50,000.00, for full and complete settlement of all claims and costs incurred in this action.

```
DATED: August 12, 2010              VICTORIA C. MINOR, Clerk


                                    /s/ RENEE GAUMNITZ
                                By: Renee Gaumnitz,
                                    Deputy Clerk
```

PDF created with pdfFactory trial version www.pdffactory.com